```
                                                    FILED

                                                  07 OCT 16  AM 8: 36

                                                  CLERK, U.S. DISTRICT COURT
                                                  SOUTHERN DISTRICT OF CALIFORNIA

                                                  BY:          [initials]    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          )<br>          Plaintiff, )<br>          )<br>     v.   )<br>          )<br>CARLOS PEREZ, )<br>          )<br>          Defendants. )<br>_____) | CASE NO. 07CR1408-WQH<br><br>**ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |

FOR GOOD CAUSE APPEARING, authorization is made for the payment to Copy Connection for cost in the amount of $912.88, and the cost of any future discovery materials produced by Copy Connection in regard to this case.

IT IS SO ORDERED.

Date: <u>October 5, 2007</u>

                                    [signature]
                                    HON. WILLIAM Q. HAYES
                                    UNITED STATES DISTRICT JUDGE