```
                                          FILED
                                          07 OCT 16 AM 8:36
                                          CLERK, U.S. DISTRICT COURT
                                          SOUTHERN DISTRICT OF CALIFORNIA

                                          BY: _____ DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>             Plaintiff,       )<br>                              )<br>      v.                      )<br>                              )<br> CARLOS PEREZ,                )<br>                              )<br>             Defendants.      )<br>_____) | CASE NO. 07CR1408-WQH<br><br>**ORDER ALLOWING COPY CONNECTION TO BILL THE COURT FOR THEIR SERVICES** |

FOR GOOD CAUSE APPEARING, authorization is made for the payment to Copy Connection for cost in the amount of $912.88, and the cost of any future discovery materials produced by Copy Connection in regard to this case.

IT IS SO ORDERED.

Date: <u>October 5, 2007</u>

                                                    HON. WILLIAM Q. HAYES
                                                  UNITED STATES DISTRICT JUDGE